P.O. BOX 12308, CAPITOL STATION
AUSTIN, TEXAS 78711



COURT OF CRIMINAL APPEALS OF TEXAS

RTS

OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
PRIVATE USE

PRESORTED
FIRST CLASS



U.S. POSTAGE >> PITNEY BOWES

ZIP 78701
02 1W $ 000.41⁶
0001401623 JUL. 30. 2015

RE: WR-83,479-01

RICKY JOSEPH MARTINEZ
TAYLOR COUNTY JAIL
910 SOUTH 27TH STREET
ABILENE, TX 79602

43 KOV—S3B 79602

78711188 RAS

UTF